#6910
$12.98
2/3/10

## Gordon & Schaal, LLP
### Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

February 1, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE:   Kip and Denise Bowman
            Case No: 06-21735
            Chapter 7

FILED FEB 3 2010 BANKRUPTCY COURT ROCHESTER, NY

Dear Sir/Madam:

Enclosed please find a check in the amount of $12.98 made payable to the U.S. Bankruptcy Court regarding the Estate of Bowman for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 2U | Chase Bank USA | $. 380.43 | $ 3.38 |
| 18 | Frontier Telephone | 219.10 | 1.95 |
| 19 | Frontier Telephone | 448.93 | 3.99 |
| 21 | Yellow Book | 411.34 | 3.66 |

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure